UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALATORRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLAZIN WINGS, INC.,<br><br>　　　　Defendant. | Case No. 19-cv-07405-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Woods v. Blazin' Wings, Inc.,* 19-cv-04608-WHO.

**IT IS SO ORDERED.**

Dated: December 19, 2019



JON S. TIGAR
United States District Judge