UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALATORRE,<br><br>        Plaintiff,<br><br>    v.<br><br>BLAZIN WINGS, INC.,<br><br>        Defendant. | Case No. 3:19-cv-07405-WHO<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 38 |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED; provided that, if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

If the parties wish for me to retain jurisdiction to effectuate the terms of the settlement, they shall file a stipulation so stating with a copy of the final written settlement over which they ask me to retain jurisdiction.

**IT IS SO ORDERED.**

Dated: September 23, 2020



WILLIAM H. ORRICK
United States District Judge